[Nos. 36325-5-I; 36326-3-I.   Division One.   July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEE DAVIS, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 94-1-01563-6, Arthur E. Piehler, J., entered
March 27, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36483-9-I.   Division One.   July 8, 1996.]

THE CITY OF BELLEVUE, *Appellant*, v. TIM S.
MALCOLM, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00760-7, Deborah Juarez, J. Pro Tem,
entered March 24, 1994. *Reversed* by unpublished opinion
per Cox, J., concurred in by Baker, C.J., and Agid, J.

[No. 36593-2-I.   Division One.   July 8, 1996.]

*In the Matter of the Estate of* VERA G. HARRIS.

MAXIMO ACOB, JR., *as Personal Representative,* ET
AL., *Respondents*, v. JAMES D. BALLSMITH, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-4-02973-5, Nicole MacInnes J., entered
April 11, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 36838-9-I.   Division One.   July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SYEVE
JARMAINE RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07674-1, Kathleen Learned, J., entered
May 30, 1995. *Affirmed* by unpublished per curiam
opinion.